1
2
3
4
5
6
7
8
9
10          UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON
11                    AT TACOMA

12  DAVID HILL AND KAREN HILL,              Case No. C08-5202 BHS/KLS
13              Plaintiff,
                                            ORDER GRANTING EXTENSION
14        v.                                OF TIME TO RESPOND TO
                                            SUMMARY JUDGMENT MOTION
15  WASHINGTON STATE DEPARTMENT OF
    CORRECTIONS, *et al.*,
16
17              Defendants.

18          By Order dated August 6, 2008, Defendants' motion to dismiss (Dkt. # 5) was re-noted as a
19
    motion for summary judgment and noted on the Court's calendar for September 5, 2008.  The
20
    Court's previous order staying discovery was lifted.  *Id.*  Presently before the Court is Plaintiffs'
21
    motion to extend the noting date of the summary judgment motion until December 5, 2008 to allow
22
    additional time for discovery.  (Dkt. # 22).   Defendants have filed no opposition to this request.
23
    Upon review of Plaintiff's motion and balance of the record, the Court finds that a reasonable
24
    extension is warranted.
25
            Accordingly, it is **ORDERED**:
26
            (1)     Plaintiffs' motion for an extension (Dkt. # 22) is **GRANTED**; Plaintiffs shall file
27
28  ORDER - 1

their response to Defendants' motion for summary judgment on or before **November 30, 2008**;

(2)    Defendants may file their reply to Plaintiff's response on or before **December 5, 2008**;

(3)    The Clerk is directed to **re-note** Defendants' motion for summary judgment (Dkt. # 5) for **December 5, 2008**;

(4)    The Clerk is directed to send copies of this Order to both Plaintiffs and counsel for Defendants.

DATED this  23rd  day of September, 2008.


Karen L. Strombom
United States Magistrate Judge

ORDER - 2