UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID HILL AND KAREN HILL,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>Defendants. | Case No. C08-5202 BHS/KLS<br><br>ORDER DENYING MOTION FOR ORDER OF DEFAULT |

Before the Court is Plaintiffs' second motion for an order of default against Defendants. Dkt. # 30. Defendants have appeared and presented defenses by way of motion as permitted by Fed. R. Civ. P. 12(b)(6). *See* Court's Order denying Plaintiffs' previous order requesting default. Dkt. # 27. In that same Order, the Court ordered Defendants to file their Answer. *Id*. Defendants filed their answer on October 14, 2008. Dkt. # 29.

Accordingly, it is **ORDERED**:

(1) Plaintiffs' motion for default (Dkt. # 30) is **DENIED**; and

(2) The Clerk is directed to send copies of this Order to both Plaintiffs and counsel for Defendants.

ORDER - 1

DATED this  29th  day of October, 2008.

                                                        /s/ Karen L. Strombom
                                                        Karen L. Strombom
                                                        United States Magistrate Judge

ORDER - 2