1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON
9                    AT TACOMA

10   KAREN HILL and DAVID HILL,

11                       Plaintiffs,              CASE NO. C08-5202BHS

12          v.

13   WASHINGTON STATE DEPARTMENT              ORDER OF DISMISSAL
     OF CORRECTIONS, et al.,
14
                         Defendants.
15

16          This matter comes before the Court sua sponte. On March 31, 2009, the Court

17   issued an order adopting the Report and Recommendation of the Honorable Karen L.

18   Strombom in part and dismissing all of Plaintiffs' claims except for their claim seeking

19   injunctive relief. Dkt. 47. The Court did not reach the issue of whether Plaintiffs' claim

20   for injunctive relief should proceed because the challenged policy had been revised after

21   Plaintiffs filed their complaint. *Id*. at 8. The Court allowed Plaintiffs additional briefing

22   regarding "the question of whether they are entitled to injunctive relief under the current

23   [Department of Corrections] Policy." *Id*. at 9. The Court provided Plaintiffs with a

24   deadline of May 1, 2009, to address this issue. *Id*. Plaintiffs have not filed briefing

25   regarding this issue, nor have Plaintiffs amended their complaint to add a claim seeking

26   relief based on the current DOC Policy. Therefore, Plaintiffs have not asserted a claim

27   based on the revised policy.

28

The Court concludes that Plaintiffs' claim for injunctive relief must be dismissed as moot because the challenged policy has been revised. As Plaintiffs pointed out in their objection to the Report and Recommendation, the current DOC Policy makes eligible certain spouses who marry inmates post-conviction.

Therefore, it is hereby **ORDERED** that Plaintiffs' claim for injunctive relief is **DISMISSED WITHOUT PREJUDICE**, and this action is **DISMISSED**.

DATED this 19th day of May, 2009.

BENJAMIN H. SETTLE
United States District Judge